UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In Re.<br>DONALD EUGENE MCKNIGHT,<br>Plaintiff. | Case No. 16-cv-04436-LB<br><br>**ORDER OF TRANSFER**<br>[Re: ECF No. 6 ] |

Donald Eugene McKnight, an inmate at the California Medical Facility in Vacaville, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining about events and omissions at that prison. Vacaville is in Solano County, which is within the venue of the Eastern District of California. No defendants are listed in his complaint. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern

1  District of California. The clerk shall transfer this matter.

2  **IT IS SO ORDERED.**

3  Dated:  September 23, 2016

_____
LAUREL BEELER
United States Magistrate Judge