UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE MCKNIGHT,<br><br>         Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>         Defendant. | No. 2:16-cv-2312 KJN P<br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed December 2, 2016, plaintiff was ordered to file a completed in forma pauperis affidavit or pay the $400.00 filing fee, and was cautioned that failure to do so would result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not complied with the December 2, 2016 order.

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: January 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mckn2312.fifp

1